# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| E-Z MART STORES, INC.; JACKSONS FOOD STORES, INC./PACWEST ENERGY LLC; KUM & GO, L.C.; THE PANTRY, INC.; SHEETZ, INC.; and SUSSER HOLDINGS CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>VISA, INC.; VISA U.S.A, INC.; VISA INTERNATIONAL SERVICE ASSOCIATION; MASTERCARD INCORPORATED; and MASTERCARD INTERNATIONAL, INCORPORATED,<br><br>　　　　　Defendants | Civil Action No. 2:13-cv-00697 |

## **NOTICE OF RELATED CASES**

TO THE CLERK OF THE COURT:

　　　PLEASE TAKE NOTICE that the above-captioned case is related to the following pending actions:

1. *Delta Airlines, Inc., et al. v. Visa, Inc., et al.*, Case No. 2:13-cv-00621-JRP-RSP (E.D. Tex.); and

2. *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* MDL No. 1720 (E.D.N.Y.).

DATED:　　September 10, 2013　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ George L. McWilliams
　　　　　　　　　　　　　　　　　　　　　　　　　George L. McWilliams
　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 13877000
　　　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF GEORGE L. MCWILLIAMS, P.C.**
　　　　　　　　　　　　　　　　　　　　　P.O. Box 58
　　　　　　　　　　　　　　　　　　　　　Texarkana, Texas-Arkansas 75504
　　　　　　　　　　　　　　　　　　　　　Tel: (870) 772-2055
　　　　　　　　　　　　　　　　　　　　　Fax: (870) 772-0513
　　　　　　　　　　　　　　　　　　　　　Email: glmlawoffice@gmail.com

        Matt Keil
        Texas Bar No. 11181750
        Arkansas Bar No. 86099
        John C. Goodson
        Arkansas Bar No. 90018
        **KEIL & GOODSON P.A.**
        406 Walnut Street
        Texarkana, Arkansas  71854
        Tel:  (870) 772-4113
        Fax:  (870) 773-2967
        Email: mkeil@kglawfirm.com
        Email: jcgoodson@kglawfirm.com

        Frederic S. Fox
        Robert N. Kaplan
        Donald R. Hall
        Matthew P. McCahill
        **KAPLAN, FOX & KILSHEIMER, LLP**
        850 Third Avenue, 14th Floor
        New York, New York 10022
        Tel: (212) 687-1980
        Fax: (212) 687-7714
        Email: ffox@kaplanfox.com
        Email: rkaplan@kaplanfox.com
        Email: dhall@kaplanfox.com
        Email: mmccahill@kaplanfox.com

        *Counsel for Plaintiffs E-Z Mart Stores, Inc., Jacksons Food Stores, Inc./PacWest Energy LLC, Kum & Go, L.C., The Pantry, Inc., Sheetz, Inc. and Susser Holdings Corporation*